[No. 42020-1-II. Division Two. May 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. VINSON LOUIS WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-1-01573-0, Christine A. Pomeroy, J., entered March 30, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Hunt, J.

[Nos. 42143-7-II; 42146-1-II. Division Two. May 10, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK CHARLES SANDRETH, *Appellant*.

Appeals from a judgment of the Superior Court for Clallam County, No. 10-1-00054-1, Kenneth D. Williams, J., entered April 12, 2011. *Remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Penoyar, C.J., and Johanson, J.

[No. 65436-5-I. Division One. May 14, 2012.]

*In the Matter of the Detention of* EDDIE LEON WILLIAMS, JR.

THE STATE OF WASHINGTON, *Respondent*, v. EDDIE LEON WILLIAMS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-08006-5, Michael J. Fox, J., entered May 19, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Ellington, JJ.

[No. 65879-4-I. Division One. May 14, 2012.]

KEITH A. BROWN, *Appellant*, v. CHRYSALIS SCHOOL, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-10711-4, Gregory P. Canova, J., entered July 26, 2010. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Ellington and Lau, JJ.